IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:95CR165** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **JORGE HARO-PEREZ,** | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion pursuant to Federal Rule of Criminal Procedure 48(b)(3).

There has been no substantive activity in this case since 1997. On March 13, 2000, the Honorable Thomas M. Shanahan issued a show-cause order. (Filing No. 53.) The government filed a motion requesting that this matter not be dismissed. (Filing No. 54.) On March 30, 2000, for the reasons stated in the government's motion, Judge Shanahan determined that this case should not be dismissed for failure to prosecute.

Almost six years have passed with no activity in this case. Therefore, the Court will require the government to show cause why this case should not now be dismissed for failure to prosecute.

IT IS ORDERED:

1. On or before March 13, 2006, the government shall file a pleading showing why this case should not be dismissed for failure to prosecute; and

2. If such a pleading is not timely filed, this case may be dismissed without further notice.

DATED this 28th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge