IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:95CR165** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JORGE HARO-PEREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On February 28, 2006, this Court ordered that by March 13, 2006, the government file a pleading showing why this case should not be dismissed for failure to prosecute. (Filing No. 58.) The government has not shown cause why this case should not be dismissed.

IT IS ORDERED that this case is dismissed.

DATED this 20th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge